151 F.3d 1025
 George W. James, William Blanche, William C. Dunkin, David
G. Singles, Marl S. Bettner, Charles Kelly, Jr.,
Kevin J. Kelly, Henry Buchholz, Jesse Carter
v.
Chichester School Board, Patricia Koch, John S. Lupi, Terry
L. Adams, Vice President, Barbara Kertis, Secretary, Mary E.
Magaw, President, Harold Estell, Jr., E. Bernard Devlin, G.
David Lee, Salvatore J. Illuzzi
 NO. 98-1119
 United States Court of Appeals,
Third Circuit.
 April 23, 1998
 Appeal From: E.D.Pa. ,No.96cv07683
 
 1
 Affirmed.